

August 22, 2022

**Charles A Kinney**
704.302.1353 (direct)
803.361.7522 (mobile)
Charles.Kinney@wilsonelser.com

***VIA CM/ECF:***

Honorable Mary G. Lewis
U.S. District Judge
901 Richland Street
Columbia, SC 29201
P: (803) 765-5810

Re:        *Schmitz v. Lockheed Martin Corporation, et al.*
Case No.:    3:22-cv-02419-MGL

Dear Judge Lewis:

On July 27, 2022, Defendant, Lockheed Martin Corporation ("Lockheed Martin"), filed an Uncontested Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Uncontested Motion") requesting that this Court extend the deadline to answer or otherwise respond to the Complaint from August 24, 2022 to September 7, 2022.  (*See* Doc. No. 7).  This Court ordered (via text order) any response to the Uncontested Motion to be filed by August 10, 2022.

As of the date of this letter, no party has filed any response to the Uncontested Motion. Therefore, Lockheed Martin respectfully requests that the Court grant the Uncontested Motion for the reasons set forth therein in advance of the current deadline of August 24th.  Thank you for your attention to this matter.

Best regards,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Charles A. Kinney*

Charles A. Kinney

555 East Wells Street, Suite 1730 | Milwaukee, WI 53202 | p 414.276.8816 | f 414.276.8819 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY