**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| VALERIE C. SCHMITZ, individually and as Personal Representative of the ESTATE OF DAVID J. SCHMITZ, deceased,<br><br>          Plaintiffs,<br><br>     v.<br><br>LOCKHEED MARTIN CORPORATION, ROCKWELL COLLINS, INC., TELEDYNE RISI, INC., d/b/a TELEDYNE ELECTRONIC SAFETY PRODUCTS and TELEDYNE RISI, INC., d/b/a TELEDYNE ENERGETICS,<br><br>          Defendants. | Case No. 3:22-cv-02419-MGL<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

      Plaintiff Valerie C. Schmitz, individually and as Personal Representative of the Estate of David J. Schmitz, deceased, and Defendants Lockheed Martin Corporation, Rockwell Collins, Inc., Teledyne Risi Inc., d/b/a Teledyne Electronic Safety Products, and Teledyne Risi, Inc., d/b/a Teledyne Energetics (collectively "the Parties"); by and through their undersigned attorneys, jointly move the Court pursuant to Fed. R. Civ. P. 26(c) and Local Civ. Rule 26.08 (D.S.C.), for entry of a Protective Order for the reasons discussed below.

      The Parties contemplate that discovery in the above-captioned action (the "Action") will involve the exchange of information, and the production of documents or other materials by the Parties and certain third-parties (to include the U.S. Government), which may contain information in the nature of personal information, trade secrets, export-controlled information or documents, or information otherwise of confidential, regulated, or proprietary nature that are in the possession, custody, or control of one of the Parties or a third-party; and

      In order to establish procedures that would, among other things, protect the Parties from public disclosure of such confidential, trade secret, or export-controlled information or

documents, the Parties agree to limit the disclosure and dissemination of such materials that are in the possession, custody, or control of one of the Parties or a third-party, while at the same time allowing the Parties to obtain discovery thereof under the terms and conditions set forth in the attached proposed Protective Order. Moreover, a protective order will also expedite the flow of discovery materials, protect the integrity of truly confidential or regulated information, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material worthy of protection. The proposed Protective Order, which is intended to supplement the Protective Order previously filed in this case as Dk #77, is requested by consent of all parties.

**WE SO MOVE/CONSENT**

*/s/James R. Brauchle*
Mary Schiavo
James R. Brauchle
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
jbrauchle@motleyrice.com
mschiavo@motleyrice.com
***Attorneys for Plaintiff***

*/s/ Charles A. Kinney*
Charles A. Kinney (Fed. ID No. 10580)
Rebecca Andrick Raynor
Wilson Elser Moskowitz Edelman & Dicker LLP
525 North Tyron Street, Suite 1600
Charlotte, North Carolina 28202
(704) 302-1353
charles.kinney@wilsonelser.com
Rebecca.rayner@wilsonelser.com

William J. Katt (pro hac vice)
John P. Loringer (pro hac vice)
David A. Frank II (pro hac vice)
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells Street, Suite 1730
Milwaukee, Wisconsin 53202
Tel: (414) 276-8816
Fax: (414) 276-8819

william.katt@wilsonelser.com
john.loringer@wilsonelser.com
david.frank@wilsonelser.com

Eleanor G. Jolley (pro hac vice)
Wilson Elser Moskowitz Edelman & Dicker LLP
3348 Peachtree Road NE, Suite 1400
Atlanta, Georgia 30342
Tel: (470) 419-6650
Fax: (470) 419-6651
eleanor.jolley@wilsonelser.com
***Attorneys for Defendant Lockheed Martin Corporation***

*/s/ David C. Holler*
David C. Holler (Fed ID No. 064312)
Smith Robinson Holler Dubose & Morgan, LLC
126 North Main Street
Sumter, SC 29151
(803) 778-2417
davidholler@smithrobinsonlaw.com

Nicholas C. Bart
Mark S. Susina
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
(312) 728-4901
nick.bart@fitzhunt.com
mark.susina@fitzhunt.com
***Attorneys for Defendant Rockwell Collins, Inc.***

*/s/ Nicholas C.C. Stewart*
Nicholas C. C. Stewart (Federal ID No. 12359)
J Bennett Crites III (Federal ID No. 9401)
Shumaker Loop and Kendrick LLP
176 Croghan Spur Road, Suite 400
Charleston, SC 29407
(843) 996-1928
(843) 996-1999 facsimile
nstewart@shumaker.com
bcrites@shumaker.com


Michael J. Schofield, Esq.
Jeremy C. Branning, Esq.
J. Troupe Brewer, Esq.
CLARK PARTINGTON, Attorneys At Law

125 East Intendencia Street, 4th Floor
Pensacola, FL 32502
(850) 434-9200
mschofield@clarkpartington.com
jbranning@clarkpartington.com
aspencer@clarkpartington.com
tbrewer@clarkpartington.com
dwilkerson@clarkpartington.com
ttorrez@clarkpartington.com
*Attorneys for Teledyne RISI, Inc., d/b/a Teledyne Electronic Safety Products, and Teledyne RISI, Inc., d/b/a Teledyne Energetics*